IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| UNITED STATES OF AMERICA | ) | CR.NO. 1:07Cr-268-SRW 24 P 3:27 |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2); 32-6-19] |
| | ) | |
| LORI WATFORD TUPPER | ) | INFORMATION |

The United States Attorney charges:

## COUNT ONE

On or about the 27th of July 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, LORI WATFORD TUPPER did unlawfully operate a motor vehicle while there was .08 percent or more by weight of alcohol in her blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

## COUNT TWO

On or about the 27th of July 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, LORI WATFORD TUPPER did operate or drive a 1997 BMW upon the highways of this state with a suspended drivers license in violation of Title 32, Section 6-19, Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_____
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 27th of July 2007, at approximately 09:10 A.M., I was dispatched to the Ozark Gate for a traffic accident. Upon arrival, I met Lori W. TUPPER who had been operating a 1997 black BMW 328i, bearing AL license plate #AR12396EEW. TUPPER had struck the concrete barrier at the Ozark Gate. I detected an odor of an alcoholic beverage emitting from her person. Afterwards, TUPPER was advised of the AL Implied Consent Law and she was instructed to submit to field sobriety tests which she failed. TUPPER was placed under apprehension for Driving Under the Influence of Alcohol, and transported to the MP Station/Provost Marshal Office. TUPPER was instructed to submit to the breathalyzer test (Drager Alcotest 7110 MKIII-C) which resulted in a .18% Blood Alcohol Content (BAC). TUPPER was further processed and later released on DD Form 2708. TUPPER was not advised of her rights at this time due to her blood alcohol level. LORI W. TUPPER was also charged with operating her vehicle with a suspended Florida driver's license.

_____
BENJAMIN S. EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __03__ day of __Oct__ 2007.


_____
NOTARY PUBLIC

My commission expires:  NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS