| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | **1:07CR268-WC** |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **LORI WATFORD TUPPER**<br>1358 Frances Court<br>Hickory, North Carolina  28602 | **MIDDLE ALABAMA** | **SOUTHERN** |
| | NAME OF SENTENCING JUDGE<br>**TERRY F. MOORER** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>**01/08/08** | TO<br>**07/07/09** |

*(RECEIVED 2008 APR 25  DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT stamp)*

| OFFENSE |
|---|
| **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____**MIDDLE**_____ DISTRICT OF _____**ALABAMA**_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____**Western District of North Carolina**____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_May 12, 2008_                                                        _/s/ Terry Moorer_
       Date                                                         United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____**WESTERN**_____ DISTRICT OF _____**NORTH CAROLINA**_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/24/08_                                                        _/s/ Carl Horn, III_
   Effective Date                                               United States ~~District~~ Judge
                                                                 Magistrate